UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
GENERAL ORDER 20-0028

The Honorable Iain D. Johnston has been confirmed as a United States District Judge for the Northern District of Illinois; therefore

It is hereby ordered that all previously pending cases and referrals before the Honorable Iain D. Johnston as a U.S. Magistrate Judge are to be reassigned to the Honorable Lisa A. Jensen; and

It is also ordered cases where Judge Johnston was the designated magistrate judge and requires further action, the Clerk shall assign the matter to Magistrate Judge Jensen; and

It is also ordered that any case that is reassigned pursuant to this Order, and remains open at such time when the next magistrate judge in the Western Division is appointed, shall be reassigned to that magistrate judge.

ENTER:
FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 29th day of September, 2020

**Civil Consent Cases Reassigned to Magistrate Judge Jensen**

| | |
|---|---|
| 1:17-cv-07430 | Ciarpaglini et al v. City of South Beloit Police Department et al |
| 3:19-cv-50005 | McCauley v. Saul |
| 3:19-cv-50009 | Baeza v. Saul |
| 3:19-cv-50088 | Jerding v. Saul |
| 3:19-cv-50114 | Fitzgerald v. Saul |
| 3:19-cv-50157 | Bunton v. Saul |
| 3:19-cv-50178 | Brosman v. Saul |
| 3:20-cv-50055 | Wolf v. Commissioner of Social Security |
| 3:20-cv-50076 | Thomas v. Saul |
| 3:20-cv-50090 | Wisocki v. Saul |
| 3:20-cv-50115 | Harezlak v. Saul |
| 3:20-cv-50137 | Ballard v. Saul |
| 3:20-cv-50181 | Halan v. Saul |
| 3:20-cv-50195 | Weyers v. Saul |
| 3:20-cv-50201 | Norman v. Saul |
| 3:20-cv-50230 | Widman v. Saul |
| 3:20-cv-50255 | West v. Saul |
| 3:20-cv-50264 | Barnes v. Saul |
| 3:20-cv-50271 | Fillmore v. Saul |
| 3:20-cv-50309 | Bonzi v. Saul |
| 3:20-cv-50311 | Thomsen v. Saul |
| 3:20-cv-50322 | Woodliff v. Saul |

**Civil Referral Cases Reassigned to Magistrate Judge Jensen**

| | | |
|---|---|---|
| 1:12-cv-07296 | Gakuba v. O'Brien | Durkin |
| 1:14-cv-05185 | Ellis v. Butler et al | Reinhard |
| 1:15-cv-00776 | Gonzalez v. Nygren et al | Reinhard |
| 1:16-cv-09299 | Griggs v. Fatheree | Lee |
| 1:17-cv-02004 | Minnesota Lawyers Mutual Insurance Company v. Koroll et al | Reinhard |
| 1:17-cv-07840 | Greyer v. Illinois Department of Corrections et al | Reinhard |
| 1:18-cv-03977 | Gaines v. Wexford Health Sources, Inc. et al | Reinhard |
| 1:18-cv-04166 | Peters v. Lashbrook | Reinhard |
| 1:18-cv-06874 | Logan v. Rauner et al | Reinhard |
| 1:19-cv-00598 | Thompson v. Caruana et al | Tharp |
| 1:19-cv-01657 | Blanco v. Watson | Reinhard |
| 1:19-cv-02955 | Cash v. VanVickle et al | Reinhard |
| 3:12-cv-50324 | DR Distributors, LLC v. 21 Century Smoking, Inc. | Durkin |
| 3:13-cv-50218 | Gakuba v. Karner et al. | Durkin |

| Case Number | Case Name | Judge |
|---|---|---|
| 3:13-cv-50392 | Laskowski v. Chandler et al | Reinhard |
| 3:14-cv-50164 | Chen et al v. Solano et al | Ellis |
| 3:15-cv-50063 | Span v. Chaves et al | Reinhard |
| 3:15-cv-50098 | Montgomery v. Jenkins et al | Reinhard |
| 3:15-cv-50195 | Carter v. Yurkovich et al | Reinhard |
| 3:16-cv-50074 | Fleming v. Illinois Department Of Corrections et al | Reinhard |
| 3:16-cv-50105 | Pryor v. Yurkovich et al | Reinhard |
| 3:16-cv-50107 | Thames et al v. Godinez et al | Reinhard |
| 3:16-cv-50117 | May v. Godinez et al | Reinhard |
| 3:16-cv-50162 | Boykin v. Sandholm | Durkin |
| 3:16-cv-50285 | Curtis v. FCA US, LLC. | Reinhard |
| 3:17-cv-50046 | Wilkerson v. Chovinard et al | Kennelly |
| 3:17-cv-50094 | Casciaro v. Combs et al. | Reinhard |
| 3:17-cv-50185 | Langdon v. ServiCom, LLC | Tharp |
| 3:17-cv-50188 | Perez-Perez et al v. Monsanto Company | Blakey |
| 3:17-cv-50205 | United States of America v. Poke | Lee |
| 3:17-cv-50218 | Monroe v. Varga et al | Leinenweber |
| 3:17-cv-50330 | Luellen v. Chamberlain et al | Reinhard |
| 3:17-cv-50340 | Thrower v. Allen et al | Tharp |
| 3:17-cv-50355 | Mohandie v. Varga et al | Tharp |
| 3:17-cv-50388 | Williams v. Milne et al | Pallmeyer |
| 3:18-cv-50031 | Margarella v. Chamberlain et al | Lee |
| 3:18-cv-50050 | Woodley v. Baldwin et al | Reinhard |
| 3:18-cv-50065 | Davis v. Santos et al | Blakey |
| 3:18-cv-50105 | Irvin v. Wexford Health Source, Inc.et al | Reinhard |
| 3:18-cv-50111 | Brooker v. Boomer et al | Durkin |
| 3:18-cv-50114 | Cover, Jr. v. OSF Healthcare Systems | Durkin |
| 3:18-cv-50120 | Williams v. Bald et al | Lee |
| 3:18-cv-50140 | Thomas v. AramarkInc. et al | Kennelly |
| 3:18-cv-50164 | Martinez v. Majhea et al. | Tharp |
| 3:18-cv-50177 | Darnell v. Varga et al | Lee |
| 3:18-cv-50222 | Cano v. Gryigel et al | Reinhard |
| 3:18-cv-50231 | Kasper v. Varga | Tharp |
| 3:18-cv-50241 | Eagan v. Newman et al | Pallmeyer |
| 3:18-cv-50243 | Pessman v. Trek Bicycle Corporation | Blakey |
| 3:18-cv-50255 | Lopez v. Lashbrook et al | Pallmeyer |
| 3:18-cv-50260 | M.O. v. Hononegah Community High School District #207 et al | Reinhard |
| 3:18-cv-50269 | McAdory v. Caruana et al | Tharp |
| 3:18-cv-50275 | Martin v. FCA US LLC et al | Tharp |
| 3:18-cv-50282 | Banks v. Wexford Health Source, Inc. et al | Lee |
| 3:18-cv-50284 | Riddle et al v. Oliver et al | Blakey |
| 3:18-cv-50302 | Kroll v. Commissioner of Social Security | Blakey |
| 3:18-cv-50310 | Gay v. Ortman et al | Lee |
| 3:18-cv-50314 | Gospodinov v. Hudson et al | Kennelly |
| 3:18-cv-50323 | Brown et al v. SERVICOM, LLC et al | Reinhard |
| 3:18-cv-50373 | Whitaker v. Chess et al | Reinhard |
| 3:18-cv-50392 | Cauthen v. FHN Memorial Hospital | Blakey |
| 3:18-cv-50415 | Griffin v. Cordoba et al | Reinhard |
| 3:19-cv-50004 | Miller v. Village of Kirkland et al | Blakey |

| Case Number | Case Name | Judge |
|---|---|---|
| 3:19-cv-50006 | Central Laborers Pension Fund et al v. Image Pro's Asphalt Maintenance Inc. et al | Reinhard |
| 3:19-cv-50037 | Covelli v. Varga et al | Pallmeyer |
| 3:19-cv-50039 | Massenburg v. Winnebago County et al | Reinhard |
| 3:19-cv-50051 | Short v. Varga et al | Lee |
| 3:19-cv-50057 | Neely v. Varga et al | Reinhard |
| 3:19-cv-50081 | Sims v. Shaver et al | Tharp |
| 3:19-cv-50085 | Spratt v. Varga et al | Blakey |
| 3:19-cv-50092 | Trosper v. Commissioner of Social Security | Reinhard |
| 3:19-cv-50103 | James v. Chattic et al | Ellis |
| 3:19-cv-50109 | Ainley v. Korn | Pallmeyer |
| 3:19-cv-50115 | Hartlep v. Jo Daviess County Sheriff's Office | Reinhard |
| 3:19-cv-50120 | Pennie v. City of Rockford et al | Tharp |
| 3:19-cv-50121 | Frazier v. Wexford Health Sources, Inc. et al | Tharp |
| 3:19-cv-50122 | FireBlok IP Holdings, LLC v. Hilti, Inc. | Lee |
| 3:19-cv-50133 | Rongere v. City of Rockford, Illinois | Reinhard |
| 3:19-cv-50135 | Hollis v. CEVA Logistics US Inc. | Reinhard |
| 3:19-cv-50152 | Neal v. Hudson | Tharp |
| 3:19-cv-50199 | Thomas v. Seal-Rite Door, Inc. | Ellis |
| 3:19-cv-50205 | Ruderman v. Prim et al | Durkin |
| 3:19-cv-50214 | Abdallah et al v. Pagryzinski et al | Kennelly |
| 3:19-cv-50221 | Hernandez v. Wal-Mart Stores, Inc. | Pallmeyer |
| 3:19-cv-50235 | McNamara v. United Healthcare Services, Inc. | Reinhard |
| 3:19-cv-50248 | Dismuke v. Ponte | Reinhard |
| 3:19-cv-50257 | Landis v. Murton et al | Pallmeyer |
| 3:19-cv-50265 | Tikeria Blake v. City of Rockford et al | Lee |
| 3:19-cv-50268 | Marie v. United States of America | Durkin |
| 3:19-cv-50269 | Jackson v. Illinois Department of Corrections et al | Blakey |
| 3:19-cv-50271 | James v. Varga et al | Ellis |
| 3:19-cv-50275 | Gatewood v. Varga et al | Pallmeyer |
| 3:19-cv-50282 | Rodriguez v. Hernandez et al | Tharp |
| 3:19-cv-50312 | United States of America v. Davis | Kennelly |
| 3:19-cv-50322 | McIntosh v. United States of America | Feinerman |
| 3:20-cv-50021 | Jackson v. I.D.O.C. et al | Blakey |
| 3:20-cv-50054 | Sims v. Nascote Industries, Inc | Lee |
| 3:20-cv-50060 | Campbell v. Rivers | Tharp |
| 3:20-cv-50067 | Manns v. Rivers | Reinhard |
| 3:20-cv-50071 | Lake Country Growers, Inc. v.Moest Holdings, LLC | Reinhard |
| 3:20-cv-50080 | Wagner v. Wexford Health Source et al | Ellis |
| 3:20-cv-50085 | Westendorf v.Walmart Inc. | Feinerman |
| 3:20-cv-50087 | Parham v. Brockhart et al | Reinhard |
| 3:20-cv-50088 | Funches v. Hermeyer et al | Reinhard |
| 3:20-cv-50095 | Jones v. Rivers | Kennelly |
| 3:20-cv-50102 | Light House Church AG of McHenry, Illinois v. Village of Johnsburg | Tharp |
| 3:20-cv-50108 | Board of Education of Community High School District No. 155 v. E.C. and J.C., individually and as parents and next friends of J.C., a minor | Ellis |
| 3:20-cv-50111 | Walker, Jr. v. Zantz et al | Reinhard |
| 3:20-cv-50117 | Alexander v. O'Brien et al | Reinhard |

| | | |
|---|---|---|
| 3:20-cv-50121 | Jordan v. Sawyor et al | Pallmeyer |
| 3:20-cv-50127 | My ROI Marketing Systems, Inc. v. Regenerative Health 360 LLC | Tharp |
| 3:20-cv-50130 | Allen v. Rasmussen College | Tharp |
| 3:20-cv-50146 | Gevas v. Sheehy et al | Reinhard |
| 3:20-cv-50151 | Knight v. Federal Bureau of Prisons et al | Ellis |
| 3:20-cv-50153 | The Beloved Church et al v. Pritzker et al | Lee |
| 3:20-cv-50155 | Nationwide Property & Casualty Co. et al v. Rockford Commercial Warehouse, Inc. | Reinhard |
| 3:20-cv-50157 | United States of America v. Hansen | Reinhard |
| 3:20-cv-50158 | Massenburg v. Pritzker et al | Tharp |
| 3:20-cv-50160 | Mickling, Sr. v. Hudson | Durkin |
| 3:20-cv-50163 | Smith v. Saul | Durkin |
| 3:20-cv-50168 | Landis v. Rivers et al | Pallmeyer |
| 3:20-cv-50172 | Davis v. Lemere et al | Blakey |
| 3:20-cv-50175 | Thomas v. Rivers | Feinerman |
| 3:20-cv-50185 | Alvarado v. Hudson | Tharp |
| 3:20-cv-50198 | Piercey v. Pier 1 Imports, Inc. | Reinhard |
| 3:20-cv-50199 | Dismuke v. Salasadi et al | Reinhard |
| 3:20-cv-50204 | Spratt v. Varga et al | Blakey |
| 3:20-cv-50207 | Sandoval, Sr. et al v. Rockford Police Department et al | Ellis |
| 3:20-cv-50211 | Jordan v. Samuels, Jr. et al | Pallmeyer |
| 3:20-cv-50216 | Calderon v. Prim et al | Reinhard |
| 3:20-cv-50223 | Pioneer Hi-Bred International Inc et al v. Kaus Seed Inc et al | Tharp |
| 3:20-cv-50226 | Wenzel v. Target Corporation | Reinhard |
| 3:20-cv-50231 | Elam v. C. Williams | Kennelly |
| 3:20-cv-50236 | United States of America v. Flournoy | Kendall |
| 3:20-cv-50241 | Williams v. Rivers et al | Pallmeyer |
| 3:20-cv-50243 | Republic Technologies (NA), LLC et al v. J & F Tobacco Co et al | Tharp |
| 3:20-cv-50247 | Tara Hoover v. Said et al | Ellis |
| 3:20-cv-50253 | Carpenters Pension Fund of Illinois v. Kyler Construction, Inc. | Kennelly |
| 3:20-cv-50258 | Mardis v. Rosenie | Kennelly |
| 3:20-cv-50259 | Mardis v. McCalister | Kennelly |
| 3:20-cv-50262 | Dusenbery v. Rivers | Reinhard |
| 3:20-cv-50269 | Smith v. United States | Reinhard |
| 3:20-cv-50277 | United States of America v. Dowthard | Reinhard |
| 3:20-cv-50278 | Reid v. United States of America et al | Reinhard |
| 3:20-cv-50282 | Thomas v. Geiken et al | Pallmeyer |
| 3:20-cv-50287 | Cashmore v. Follett School Solutions, Inc. | Ellis |
| 3:20-cv-50294 | Frazier v. Honeywell International, Inc. et al | Blakey |
| 3:20-cv-50296 | AmGuard Insurance v. Williams et al | Blakey |
| 3:20-cv-50297 | Jordan v. Rivers et al | Pallmeyer |
| 3:20-cv-50300 | United States of America v. Washington | Kennelly |
| 3:20-cv-50301 | Thompson v. Alitizer et al | Blakey |
| 3:20-cv-50307 | Northern Illinois Electrical Joint Apprenticeship & Training Trust Fund et al v. Nicholson Electric, Inc. | Ellis |
| 3:20-cv-50314 | Thigpen v. Inman et al | Reinhard |

5

| | | |
|---|---|---|
| 3:20-cv-50317 | Wilbanks v. Winnebago County et al | Reinhard |
| 3:20-cv-50326 | Jeburk v. Rivers | Reinhard |
| 3:20-cv-50329 | Zierler v. Winnebago County Sheriff Department et al | Blakey |
| 3:20-cv-50334 | Colon v. Jeffreys et al | Tharp |
| 3:20-cv-50339 | Drummer v. Sunrise Credit Services, Inc. | Kennelly |
| 3:20-cv-50342 | Swinson v. Lincolnshire Place | Feinerman |
| 3:20-cv-50344 | Landry v. Caruana et al | Reinhard |
| 3:20-cv-50349 | Santos v. Sitkie et al | Durkin |
| 3:20-cv-50356 | Rock v. Smith | Reinhard |
| 3:20-cv-50359 | Bowers v. Mlotshwa et al | Lee |
| 3:20-cv-50364 | Robin v. Saul | Feinerman |
| 3:20-cv-50366 | Thompson v. Saul | Tharp |
| 3:20-cv-50371 | Jackson v. Does | Reinhard |

**Criminal Case Reassigned to Magistrate Judge Jensen**

| | | |
|---|---|---|
| 3:20-cr-50033 | USA v. Howells | |

**Criminal Referral Cases Reassigned to Magistrate Judge Jensen**

| | | |
|---|---|---|
| 3:10-cr-50019 | USA v. Cain et al | Blakey |
| 3:14-cr-50042 | USA v. Cazares | Fugitive Calendar |
| 3:16-cr-50010 | USA v. Chaparro | Tharp |
| 3:16-cr-50030 | USA v. Claybron | Reinhard |
| 3:16-cr-50058 | USA v. Hayes | Leinenweber |
| 3:16-cr-50060 | USA v. Johnson | Ellis |
| 3:17-cr-50002 | USA v. Taylor, Jr. et al | Reinhard |
| 3:17-cr-50039 | USA v. Hatchett | Reinhard |
| 3:17-cr-50077 | USA v. Davenport | Leinenweber |
| 3:18-cr-50013 | USA v. Javier A. Perez et al | Reinhard |
| 3:18-cr-50030 | USA v. McKinney | Reinhard |
| 3:18-cr-50044 | USA v. Thompson | Blakey |
| 3:18-cr-50046 | USA v. Julian Young | Reinhard |
| 3:18-cr-50051 | USA v. Euell | Reinhard |
| 3:18-cr-50058 | USA v. Ryan Link | Reinhard |
| 3:18-cr-50061 | USA v. Wittwer | Lee |
| 3:18-cr-50064 | USA v. Granados-Leon | Reinhard |
| 3:18-cr-50066 | USA v. Dixon | Leinenweber |
| 3:18-cr-50071 | USA v. Trammell | Lee |
| 3:18-cr-50075 | USA v. Marks | Tharp |
| 3:18-cr-50076 | USA v. Welch | Reinhard |
| 3:18-cr-50082 | USA v. Umbaugh | Reinhard |
| 3:19-cr-50001 | USA v. Manriquez et al | Reinhard |
| 3:19-cr-50002 | USA v. Marks | Tharp |
| 3:19-cr-50015 | USA v. Payne | Ellis |
| 3:19-cr-50016 | USA v. Brown | Kennelly |
| 3:19-cr-50022 | USA v. Brian Kotlienthong | Lee |
| 3:19-cr-50024 | USA v. Thomas | Tharp |
| 3:19-cr-50026 | USA v. Delacruz | Reinhard |
| 3:19-cr-50027 | USA v. Herron-Simmons | Reinhard |

| | | |
|---|---|---|
| 3:19-cr-50028 | USA v. Wagener | Kendall |
| 3:19-cr-50029 | USA v. Van Sach | Blakey |
| 3:19-cr-50038 | USA v. Curt Bottcher | Reinhard |
| 3:19-cr-50039 | USA v. Shelton et al | Tharp |
| 3:19-cr-50044 | USA v. Perez | Reinhard |
| 3:19-cr-50047 | USA v. Price et al | Reinhard |
| 3:19-cr-50048 | USA v. Malikk J. Shelton-Craig | Lee |
| 3:20-cr-50003 | USA v. Wyre et al | Reinhard |
| 3:20-cr-50016 | USA v. Jose Antonio Morales Cacique | Reinhard |
| 3:20-cr-50017 | USA v. Marks | Leinenweber |
| 3:20-cr-50018 | USA v. Guerrero | Reinhard |
| 3:20-cr-50019 | USA v. Schneider et al | Reinhard |
| 3:20-cr-50032 | USA v. Cardenas | Tharp |