IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Judge Lisa A.Jensen |
| | ) | |
| | ) | Case No. 20 CR 50033 |
| KEITH HOWELLS | ) | |

**MOTION TO CONTINUE EXTRADITION HEARING**
**(UNOPPOSED)**

Keith Howells by the Federal Defender Program, John F. Murphy Executive Director and Paul E. Gaziano, one of his Assistants, respectfully moves this Honorable Court to enter an order to continue the extradition hearing and in support states:

1. The Extradition Complaint was filed on August 20, 2020.

2. That Defendant was arrested on August 24, 2020.

3. Mr. Howells is presently being held at Winnebago County Jail, Rockford, Illinois.

4. This matter is set for hearing on Friday, October 16, 2020.

5. That defense counsel has become ill and unable to attend the court hearing.

1

6. The government has been advised of this request and through Michael Love, Assistant United States Attorney, offers no objection.

7. Counsel requests that the hearing be continued to October 30, 2020 at 10:30a.m.

                                          Respectfully Submitted,
                                          FEFENDER PROGRAM
                                          John F. Murphy
                                          Executive Director
                                          By: */s/ Paul E. Gaziano*
                                                 Paul E. Gaziano
                                                 401 West State Street, Suite 800
                                                 Rockford, IL   61101
                                                 815-961-0800